| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel M. Sollenberger** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3406 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Betty A. Sollenberger** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7698 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter  13  10/1/19 |
| Case number:  19–70614–JAD | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Daniel M. Sollenberger | Betty A. Sollenberger |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 202 Wilderness Lane <br> Altoona, PA 16601 | 202 Wilderness Lane <br> Altoona, PA 16601 |
| 4. | **Debtor's attorney** <br> Name and address | Suzanne M. Bash <br> Suzanne M. Bash, Attorney at Law <br> 231 South Main Street <br> Suite 310 <br> Greensburg, PA 15601 | Contact phone 724–832–0234 <br> Email: suzannembash@yahoo.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br> Contact phone 412–644–2700 <br> Date: 10/7/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 22, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/21/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/10/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/30/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/22/19** at **11:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-70614-JAD
Daniel M. Sollenberger                                                          Chapter 13
Betty A. Sollenberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 3              Date Rcvd: Oct 07, 2019
                              Form ID: 309I           Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db/jdb         +Daniel M. Sollenberger,   Betty A. Sollenberger,    202 Wilderness Lane,
                 Altoona, PA 16601-8571
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,    600 Grant Street,   Pittsburgh, PA 15219-2702
15132577        Ally Financial,   P.O. Box 380901,    Pittsburgh, PA 15230
15132578       +Altoona Ophthalmology,   600 E. Pleasant Valley Blvd.,    Altoona, PA 16602-5530
15132581       +Blair Gastroenterology Associates,    810 Valley Veiw Blvd.,   Altoona, PA 16602-6342
15132588       +Comenity Capital Bank,   Attention Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15132590       +Commonwealth of Pennsylvania,   Office of Attorney General,    Collection's Unit,
                 14th Floor, Strawberry Square,   Harrisburg, PA 17120-0001
15132591       +Credit Control Collect,   2410 Broad Avenue,    Altoona, PA 16601-1940
15132594       +Dental Care Associates,   712 Logan Boulevard,    Hollidaysburg, PA 16648-3032
15132597       +ENT Associates of Central PA:,   Howells R. Charles MD, FACS,   3341 Beale Avenue,
                 Altoona, PA 16601-1549
15132596       +Ear, Nose and Throat Assoc of Central PA,    3341 Beale Avenue,   Altoona, PA 16601-1549
15132598       +First Savings Bank/Blaze,   Attn: Bankruptcy,    P.O. Box 5096,   Sioux Falls, SD 57117-5096
15132604       +Lexington Anestheisa Associates,    620 Howard Avenue,   Altoona, PA 16601-4804
15132609        Pathology Associates of Blair County,    P.O. Box 380854-0072,   Clinton Township, MI 48038
15132625       +The Bureaus, Inc,   Attn: Bankruptcy,    650 Dundee Road, Suite 370,   Northbrook, IL 60062-2757
15132627       +UPMC Altoona,   620 Howard Avenue,    Altoona, PA 16601-4804
15132628       +UPMC Health Services,   P.O. Box 371472,    Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: suzannembash@yahoo.com Oct 08 2019 02:47:28      Suzanne M. Bash,
                 Suzanne M. Bash, Attorney at Law,   231 South Main Street,    Suite 310,
                 Greensburg, PA 15601
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 08 2019 02:47:57      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 08 2019 02:47:59
                 Office of the United States Trustee,   Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Oct 08 2019 06:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15132579       +EDI: TSYS2.COM Oct 08 2019 06:38:00      Barclays Bank Delaware,   100 S. West Street,
                 Wilmington, DE 19801-5015
15132624        EDI: CITICORP.COM Oct 08 2019 06:38:00      THD/CBNA,   Citicorp Credit Services,
                 Attn: Centralized Bankruptcy,   P.O. Box 20363,   Kansas City, MO 64195
15132582       +EDI: CAPITALONE.COM Oct 08 2019 06:38:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
15132583       +E-mail/Text: bankruptcy@cavps.com Oct 08 2019 02:48:12      Cavalry Portfolio Services,
                 Attention: Bankruptcy Department,   500 Summit Lake Drive,    Suite 400,
                 Valhalla, NY 10595-2321
15133666       +E-mail/Text: bankruptcy@cavps.com Oct 08 2019 02:48:12      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15132584       +EDI: CHASE.COM Oct 08 2019 06:38:00      Chase Card Services,   Attn: Correspondence Department,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
15132585       +EDI: CITICORP.COM Oct 08 2019 06:38:00      Citibank,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
15132586       +EDI: WFNNB.COM Oct 08 2019 06:38:00      Comenity Bank,   Attn: Bankruptcy Department,
                 P.O. Box 182125,   Columbus, OH 43218-2125
15132587       +EDI: WFNNB.COM Oct 08 2019 06:38:00      Comenity Bank/Value City Furniture,   P.O. Box 182273,
                 Columbus, OH 43218-2273
15132589       +EDI: WFNNB.COM Oct 08 2019 06:38:00      Comenity Capital/Boscov,   Attn: Bankruptcy Dept.,
                 P.O. Box 182125,   Columbus, OH 43218-2125
15132592       +E-mail/Text: bdsupport@creditmanagementcompany.com Oct 08 2019 02:48:13
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
15132593       +EDI: RCSFNBMARIN.COM Oct 08 2019 06:38:00      Credit One Bank,   PO Box 98872,
                 Las Vegas, NV 89193-8872
15132593       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 08 2019 02:56:19      Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
15132595       +EDI: DISCOVER.COM Oct 08 2019 06:38:00      Discover Fin Svcs LLC,   PO Box 15316,
                 Wilmington, DE 19850-5316
15132599       +EDI: PHINGENESIS Oct 08 2019 06:38:00      Genesis Bc/Celtic Bank,   Attn: Bankruptcy,
                 P.O. Box 4477,   Beaverton, OR 97076-4401
15132600       +E-mail/Text: bankruptcy@affglo.com Oct 08 2019 02:48:02      Global Credit Collection,
                 5440 North Cumberland Avenue,   Suite 300,   Chicago, IL 60656-1486
15132601       +EDI: HFC.COM Oct 08 2019 06:38:00      HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
15132602       +EDI: HFC.COM Oct 08 2019 06:38:00      HSBC Bank Nevada, NA,   PO Box 2013,
                 Buffalo, NY 14240-2013
15132603       +E-mail/Text: bncnotices@becket-lee.com Oct 08 2019 02:47:37      Kohls/Capital One,
                 P.O. Box 3043,   Milwaukee, WI 53201-3043

```
District/off: 0315-7          User: culy              Page 2 of 3             Date Rcvd: Oct 07, 2019
                              Form ID: 309I           Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15132605       +EDI: RESURGENT.COM Oct 08 2019 06:38:00      LVNV Funding, LLC,    P.O. Box 10497,
                 Greenville, SC 29603-0497
15132605       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 02:57:01       LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
15132606       +EDI: MID8.COM Oct 08 2019 06:38:00      Midland Funding,    2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
15132607       +EDI: AGFINANCE.COM Oct 08 2019 06:38:00      One Main,    P.O. Box 3251,
                 Evansville, IN 47731-3251
15132608       +E-mail/Text: blegal@phfa.org Oct 08 2019 02:48:02       PA Housing Finance Agency,
                 2101 North Front Street,    Harrisburg, PA 17110-1086
15132610        EDI: PRA.COM Oct 08 2019 06:38:00      Portfolio Recovery,    120 Corporate Bovd, Suite 1,
                 Norfolk, VA 23502
15132611       +EDI: PRA.COM Oct 08 2019 06:38:00      Portfolio Recovery (A),    120 Corporate Bovd, Suite 1,
                 Norfolk, VA 23502-4952
15132612       +EDI: RMSC.COM Oct 08 2019 06:38:00      QCard/GEMB,    P.O. Box 530905,    Atlanta, GA 30353-0905
15132613       +EDI: RESURGENT.COM Oct 08 2019 06:38:00      Resurgent Capital Services LP,    PO Box 10497,
                 Greenville, SC 29603-0497
15132613       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 02:57:06
                 Resurgent Capital Services LP,    PO Box 10497,    Greenville, SC 29603-0497
15132614       +EDI: SEARS.COM Oct 08 2019 06:38:00      Sears/CBNA,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
15132615       +EDI: SEARS.COM Oct 08 2019 06:38:00      Sears/Citibank,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
15132616       +E-mail/Text: jennifer.chacon@spservicing.com Oct 08 2019 02:48:27
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15132617       +EDI: AGFINANCE.COM Oct 08 2019 06:38:00      Springleaf Financial,    P.O. Box 64,
                 Evansville, IN 47701-0064
15132618       +E-mail/Text: BKRMailOPS@weltman.com Oct 08 2019 02:47:42       Sterling Jewlers,    375 Ghent Road,
                 Akron, OH 44333-4600
15133091       +EDI: RMSC.COM Oct 08 2019 06:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15132619       +EDI: RMSC.COM Oct 08 2019 06:38:00      Synchrony Bank,    P.O. Box 965022,
                 Orlando, FL 32896-5022
15132620       +EDI: RMSC.COM Oct 08 2019 06:38:00      Synchrony Bank/Amazon,    P.O. Box 965060,
                 Orlando, FL 32896-5060
15132621       +EDI: RMSC.COM Oct 08 2019 06:38:00      Synchrony Bank/Lowes,    P.O. Box 965064,
                 Orlando, FL 32896-5064
15132622       +EDI: RMSC.COM Oct 08 2019 06:38:00      Synchrony Bank/Sams,    P.O. Box 965060,
                 Orlando, FL 32896-5060
15132623       +EDI: WTRRNBANK.COM Oct 08 2019 06:38:00      Target,    c/o Financial & Retail Services,
                 Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
15132626       +E-mail/Text: skorman@uoc.com Oct 08 2019 02:48:23       University Orthopedics Center,
                 101 Regent Court,    State College, PA 16801-7965
                                                                                               TOTAL: 45

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15132580      ##+Blair County Anesthesia,    1701 12th Avenue, #G2,    Altoona, PA 16601-3100
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                  Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-7          User: culy                Page 3 of 3              Date Rcvd: Oct 07, 2019
                              Form ID: 309I             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:

              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Joint Debtor Betty A. Sollenberger suzannembash@yahoo.com,
               sooz1205@yahoo.com
              Suzanne M. Bash    on behalf of Debtor Daniel M. Sollenberger suzannembash@yahoo.com,
               sooz1205@yahoo.com
                                                                                             TOTAL: 4