19-70614-JAD

# Earnings Statement

**ADP**

MX8   506066   01045A   000000000

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

| | |
|---|---|
| Period Beginning: | 02/03/2019 |
| Period Ending: | 02/16/2019 |
| Pay Date: | 02/22/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   0
  PA:   N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 24.00 | 216.00 | 697.50 |
| **Gross Pay** | | | **$216.00** | 697.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
| Regular | 9.0000 | 24.00 | 216.00 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -6.77 | | 17.19 |
| Social Security Tax | -13.40 | | 43.25 |
| Medicare Tax | -3.13 | | 10.11 |
| PA State Income Tax | -6.63 | | 21.41 |
| Altoona City Income Tax | -3.46 | | 11.17 |
| Altoona City Local Svc Tax | -2.00 | | 8.00 |
| PA SUI/SDI Tax | -0.13 | | 0.42 |
| **Other** | | | |
| 401K Pre-Tx | -2.16* | | 6.98 |
| **Net Pay** | | **$178.32** | |
| Checking | -178.32 | | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $213.84

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

| | |
|---|---|
| Advice number: | 00000080588 |
| Pay date: | 02/22/2019 |

Deposited to the account of
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $178.32 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

MX8  506066  01045A    0000000113

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning:  02/17/2019
Period Ending:    03/02/2019
Pay Date:         03/08/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 24.00 | 216.00 | 913.50 |
| **Gross Pay** | | | **$216.00** | 913.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
| Regular | 9.0000 | 24.00 | 216.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -6.77 | | 23.96 |
| Social Security Tax | -13.39 | | 56.64 |
| Medicare Tax | -3.14 | | 13.25 |
| PA State Income Tax | -6.63 | | 28.04 |
| Altoona City Income Tax | -3.46 | | 14.63 |
| Altoona City Local Svc Tax | -2.00 | | 10.00 |
| PA SUI/SDI Tax | -0.13 | | 0.55 |
| **Other** | | | |
| 401K Pre-Tx | -2.16* | | 9.14 |
| **Net Pay** | **$178.32** | | |
| Checking | -178.32 | | |
| **Net Check** | **$0.00** | | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $213.84

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number:  00000100591
Pay date:       03/08/2019

Deposited to the account of
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $178.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MX8 | 506066 | 01045A | 000000684 | 120 | |

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 03/03/2019
Period Ending: 03/16/2019
Pay Date: 03/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 30.00 | 270.00 | 1,183.50 |
| **Gross Pay** | | | **$270.00** | 1,183.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -12.11 | 36.07 |
| Social Security Tax | | -16.74 | 73.38 |
| Medicare Tax | | -3.91 | 17.16 |
| PA State Income Tax | | -8.29 | 36.33 |
| Altoona City Income Tax | | -4.32 | 18.95 |
| Altoona City Local Svc Tax | | -2.00 | 12.00 |
| PA SUI/SDI Tax | | -0.16 | 0.71 |
| **Other** | | | |
| 401K Pre-Tx | | -2.70* | 11.84 |
| **Net Pay** | | | **$219.77** |
| Checking | | -219.77 | |
| **Net Check** | | | **$0.00** |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
|   Regular | 9.0000 | 30.00 | 270.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

\* Excluded from federal taxable wages
Your federal taxable wages this period are $267.30

© 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000120585
Pay date: 03/22/2019

**Deposited to the account of**
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $219.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**  ADP

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

| | |
|---|---|
| Period Beginning: | 03/17/2019 |
| Period Ending: | 03/30/2019 |
| Pay Date: | 04/05/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    PA: N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 30.00 | 270.00 | 1,453.50 |
| Gross Pay | | | $270.00 | 1,453.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -12.11 | 48.18 |
| | Social Security Tax | -16.74 | 90.12 |
| | Medicare Tax | -3.92 | 21.08 |
| | PA State Income Tax | -8.29 | 44.62 |
| | Altoona City Income Tax | -4.32 | 23.27 |
| | Altoona City Local Svc Tax | -2.00 | 14.00 |
| | PA SUI/SDI Tax | -0.16 | 0.87 |
| Other | | | |
| | 401K Pre-Tx | -2.70* | 14.54 |
| Net Pay | | $219.76 | |
| Checking | | -219.76 | |
| Net Check | | $0.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
| Regular | 9.0000 | 30.00 | 270.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

* Excluded from federal taxable wages
Your federal taxable wages this period are $267.30

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

| | |
|---|---|
| Advice number: | 00000140577 |
| Pay date: | 04/05/2019 |

Deposited to the account of
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $219.76 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

MX8   506066   01045A           0000160579

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning:   03/31/2019
Period Ending:      04/13/2019
Pay Date:           04/19/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 30.00 | 270.00 | 1,723.50 |
| **Gross Pay** | | | **$270.00** | 1,723.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
|   Regular | 9.0000 | 30.00 | 270.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -12.11 | 60.29 |
| | Social Security Tax | -16.74 | 106.86 |
| | Medicare Tax | -3.91 | 24.99 |
| | PA State Income Tax | -8.29 | 52.91 |
| | Altoona City Income Tax | -4.32 | 27.59 |
| | Altoona City Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -0.16 | 1.03 |
| Other | | | |
| | 401K Pre-Tx | -2.70* | 17.24 |
| **Net Pay** | | **$219.77** | |
| Checking | | -219.77 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $267.30

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number:   00000160579
Pay date:        04/19/2019

**Deposited to the account of**
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $219.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

MX8    506066    01045A    0000

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 04/14/2019
Period Ending: 04/27/2019
Pay Date: 05/03/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 27.00 | 243.00 | 1,966.50 |
| Gross Pay | | | $243.00 | 1,966.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
| Regular | 9.0000 | 27.00 | 243.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.44 | 69.73 |
| | Social Security Tax | -15.06 | 121.92 |
| | Medicare Tax | -3.52 | 28.51 |
| | PA State Income Tax | -7.46 | 60.37 |
| | Altoona City Income Tax | -3.89 | 31.48 |
| | Altoona City Local Svc Tax | -2.00 | 18.00 |
| | PA SUI/SDI Tax | -0.15 | 1.18 |
| | Other | | |
| | 401K Pre-Tx | -2.43* | 19.67 |
| Net Pay | | $199.05 | |
| Checking | | -199.05 | |
| Net Check | | $0.00 | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $240.57

© 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000180595
Pay date: 05/03/2019

Deposited to the account of
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $199.05 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 04/28/2019
Period Ending: 05/11/2019
Pay Date: 05/17/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 30.00 | 270.00 | 2,236.50 |
| Gross Pay | | | $270.00 | 2,236.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
|   Regular | 9.0000 | 30.00 | 270.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

**Deductions**

Statutory
 Federal Income Tax     -12.11     81.84
 Social Security Tax    -16.74    138.66
 Medicare Tax            -3.92     32.43
 PA State Income Tax     -8.29     68.66
 Altoona City Income Tax -4.32     35.80
 Altoona City Local Svc Tax -2.00  20.00
 PA SUI/SDI Tax          -0.16      1.34

Other
 401K Pre-Tx             -2.70*    22.37

Net Pay                $219.76
Checking              -219.76
Net Check               $0.00

* Excluded from federal taxable wages
Your federal taxable wages this period are $267.30

© 2000 ADP, LLC

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000200589
Pay date: 05/17/2019

Deposited to the account of
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $219.76 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

MX8    506066    01045A    0000000000

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

| | |
|---|---|
| Period Beginning: | 05/12/2019 |
| Period Ending: | 05/25/2019 |
| Pay Date: | 05/31/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    0
  PA:    N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA   PA  16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 27.00 | 243.00 | 2,479.50 |
| **Gross Pay** | | | **$243.00** | 2,479.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
|   Regular | 9.0000 | 27.00 | 243.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -9.44 | | 91.28 |
| Social Security Tax | -15.07 | | 153.73 |
| Medicare Tax | -3.52 | | 35.95 |
| PA State Income Tax | -7.46 | | 76.12 |
| Altoona City Income Tax | -3.89 | | 39.69 |
| Altoona City Local Svc Tax | -2.00 | | 22.00 |
| PA SUI/SDI Tax | -0.15 | | 1.49 |
| **Other** | | | |
| 401K Pre-Tx | -2.43* | | 24.80 |
| **Net Pay** | | **$199.04** | |
| Checking | -199.04 | | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $240.57

---

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

| | | |
|---|---|---|
| Advice number: | 00000220586 | |
| Pay date: | 05/31/2019 | |

**Deposited to the account of**
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $199.04 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

© 2000 ADP, LLC

# Earnings Statement

**ADP**

MX8   506066   01045A   0000

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning:  05/26/2019
Period Ending:     06/08/2019
Pay Date:          06/14/2019

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   0
    PA:        N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 25.50 | 229.50 | 2,709.00 |
| **Gross Pay** | | | **$229.50** | 2,709.00 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
|   Regular | 9.0000 | 25.50 | 229.50 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.10 | 99.38 |
| | Social Security Tax | -14.23 | 167.96 |
| | Medicare Tax | -3.33 | 39.28 |
| | PA State Income Tax | -7.05 | 83.17 |
| | Altoona City Income Tax | -3.67 | 43.36 |
| | Altoona City Local Svc Tax | -2.00 | 24.00 |
| | PA SUI/SDI Tax | -0.14 | 1.63 |
| Other | | | |
| | 401K Pre-Tx | -2.30* | 27.10 |
| **Net Pay** | | **$188.68** | |
| Checking | | -188.68 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $227.20

© 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number:  00000240569
Pay date:       06/14/2019

Deposited to the account of
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $188.68 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

|  |  |  |  |
|---|---|---|---|
| CO | FILE | DEPT | CLOCK | VCHR. NO. | 120 |
| MX8 | 506066 | 01045A |  | 000000 |

# Earnings Statement

**ADP**

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Period Beginning: 06/09/2019
Period Ending: 06/22/2019
Pay Date: 06/28/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

BETTY SOLLENBERGER
202 WILDERNESS LN
ALTOONA PA 16601

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 2.50 | 22.50 | 2,731.50 |
| **Gross Pay** | | | **$22.50** | 2,731.50 |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Hourly | | | |
|   Regular | 9.0000 | 2.50 | 22.50 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 570-675-8100

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -1.39 | 169.35 |
| | Medicare Tax | -0.33 | 39.61 |
| | PA State Income Tax | -0.69 | 83.86 |
| | Altoona City Income Tax | -0.36 | 43.72 |
| | Altoona City Local Svc Tax | -2.00 | 26.00 |
| | PA SUI/SDI Tax | -0.01 | 1.64 |
| | Federal Income Tax | | 99.38 |
| | **Other** | | |
| | 401K Pre-Tx | -0.23* | 27.33 |
| **Net Pay** | | **$17.49** | |
| Checking | | -17.49 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $22.27

© 2000 ADP, LLC

METZ CULINARY MANAGEMENT
2 WOODLAND DRIVE
DALLAS, PA 18612
570-675-8100

Advice number: 00000260210
Pay date: 06/28/2019

**Deposited to the account of**
BETTY SOLLENBERGER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4806 | xxxx xxxx | $17.49 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE