**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel M. Sollenberger**
**Betty A. Sollenberger**
   Debtor(s)

Bankruptcy Case No.: 19–70614–JAD
Issued Per 11/22/2019 Proceeding
Chapter: 13
Docket No.: 28 – 2
Concil. Conf.: March 26, 2020 at 02:30 PM

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* *PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 1, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Mar. 26, 2020 at 02:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 3 of PHFA/HEMAP in monthly amount calculated by Trustee to pay in full.

Only counsel for a Johnstown Debtor, and other Johnstown area counsel, may participate in plan conciliation conferences by telephone. Counsel for Debtor is responsible for originating the telephone call to the Chapter 13 Trustee's meeting room by calling 4126970177 at the time designated for the conciliation conference. Any party objecting to the plan must make

arrangement with counsel for the Debtor to be included in the call, utilizing a thirdparty conference call service if necessary. The call shall not be placed to the Trustee's meeting room until AFTER all parties have been connected to the call.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: December 2, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 19-70614-JAD
Daniel M. Sollenberger                                           Chapter 13
Betty A. Sollenberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 3         Date Rcvd: Dec 02, 2019
                              Form ID: 149            Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
```
db/jdb         +Daniel M. Sollenberger,    Betty A. Sollenberger,    202 Wilderness Lane,
                 Altoona, PA 16601-8571
15132577        Ally Financial,    P.O. Box 380901,    Pittsburgh, PA 15230
15132578       +Altoona Ophthalmology,    600 E. Pleasant Valley Blvd.,    Altoona, PA 16602-5530
15132579       +Barclays Bank Delaware,    100 S. West Street,    Wilmington, DE 19801-5015
15132581       +Blair Gastroenterology Associates,    810 Valley Veiw Blvd.,    Altoona, PA 16602-6342
15132624      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: THD/CBNA,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,
                 P.O. Box 20363,    Kansas City, MO 64195)
15158005        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15132584       +Chase Card Services,    Attn: Correspondence Department,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
15132585       +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
15132588       +Comenity Capital Bank,    Attention Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15132590       +Commonwealth of Pennsylvania,    Office of Attorney General,    Collection's Unit,
                 14th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
15132591       +Credit Control Collect,    2410 Broad Avenue,    Altoona, PA 16601-1940
15132594       +Dental Care Associates,    712 Logan Boulevard,    Hollidaysburg, PA 16648-3032
15132597       +ENT Associates of Central PA:,    Howells R. Charles MD, FACS,    3341 Beale Avenue,
                 Altoona, PA 16601-1549
15132596       +Ear, Nose and Throat Assoc of Central PA,    3341 Beale Avenue,    Altoona, PA 16601-1549
15132598       +First Savings Bank/Blaze,    Attn: Bankruptcy,    P.O. Box 5096,    Sioux Falls, SD 57117-5096
15132601       +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
15132602       +HSBC Bank Nevada, NA,    PO Box 2013,    Buffalo, NY 14240-2013
15145036       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15132604       +Lexington Anestheisa Associates,    620 Howard Avenue,    Altoona, PA 16601-4804
15132609        Pathology Associates of Blair County,    P.O. Box 380854-0072,    Clinton Township, MI 48038
15132614       +Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
15132615       +Sears/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15132623       +Target,    c/o Financial & Retail Services,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
15132625       +The Bureaus, Inc,    Attn: Bankruptcy,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
15132627       +UPMC Altoona,    620 Howard Avenue,    Altoona, PA 16601-4804
15132628       +UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15163719        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15164927        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 03:56:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15161757        E-mail/Text: ally@ebn.phinsolutions.com Dec 03 2019 03:54:01      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
15163156       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 04:07:23
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15164103        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 04:07:49
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
                 Greenville, SC 29603-0587
15132582       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 03 2019 03:56:33       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
15139747        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 03 2019 03:56:11
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15132583       +E-mail/Text: bankruptcy@cavps.com Dec 03 2019 03:55:37      Cavalry Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Drive,    Suite 400,
                 Valhalla, NY 10595-2321
15133666       +E-mail/Text: bankruptcy@cavps.com Dec 03 2019 03:55:37      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15132586       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 03 2019 03:55:03       Comenity Bank,
                 Attn: Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
15132587       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 03 2019 03:55:03
                 Comenity Bank/Value City Furniture,    P.O. Box 182273,    Columbus, OH 43218-2273
15132589       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 03 2019 03:55:03       Comenity Capital/Boscov,
                 Attn: Bankruptcy Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
15132592       +E-mail/Text: bdsupport@creditmanagementcompany.com Dec 03 2019 03:55:42
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15132593       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 03 2019 03:56:14       Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
15136166        E-mail/Text: mrdiscen@discover.com Dec 03 2019 03:54:55      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0315-7          User: msch              Page 2 of 3              Date Rcvd: Dec 02, 2019
                              Form ID: 149            Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15132595       +E-mail/Text: mrdiscen@discover.com Dec 03 2019 03:54:55      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
15132599       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 03 2019 03:55:58      Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    P.O. Box 4477,    Beaverton, OR 97076-4401
15132600       +E-mail/Text: bankruptcy@affglo.com Dec 03 2019 03:55:23      Global Credit Collection,
                 5440 North Cumberland Avenue,    Suite 300,    Chicago, IL 60656-1486
15132603       +E-mail/Text: bncnotices@becket-lee.com Dec 03 2019 03:54:57      Kohls/Capital One,
                 P.O. Box 3043,    Milwaukee, WI 53201-3043
15132605       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 04:07:20      LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
15139148        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 04:07:21      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15132606       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 03 2019 03:55:22      Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
15160995       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 03 2019 03:55:22      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15132607       +E-mail/PDF: cbp@onemainfinancial.com Dec 03 2019 03:56:28      One Main,    P.O. Box 3251,
                 Evansville, IN 47731-3251
15132608       +E-mail/Text: blegal@phfa.org Dec 03 2019 03:55:24      PA Housing Finance Agency,
                 2101 North Front Street,    Harrisburg, PA 17110-1086
15136405        E-mail/Text: blegal@phfa.org Dec 03 2019 03:55:24      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
15132610        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 03:56:14
                 Portfolio Recovery,    120 Corporate Bovd, Suite 1,    Norfolk, VA 23502
15159594        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 03:56:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15132611       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 03:56:59
                 Portfolio Recovery (A),    120 Corporate Bovd, Suite 1,    Norfolk, VA 23502-4952
15132612       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 03:56:53      QCard/GEMB,    P.O. Box 530905,
                 Atlanta, GA 30353-0905
15163190        E-mail/Text: bnc-quantum@quantum3group.com Dec 03 2019 03:55:06
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
15163086        E-mail/Text: bnc-quantum@quantum3group.com Dec 03 2019 03:55:06
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
15132613       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2019 04:07:22
                 Resurgent Capital Services LP,    PO Box 10497,    Greenville, SC 29603-0497
15132616       +E-mail/Text: jennifer.chacon@spservicing.com Dec 03 2019 03:55:57      Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15132617       +E-mail/PDF: cbp@onemainfinancial.com Dec 03 2019 03:56:11      Springleaf Financial,
                 P.O. Box 64,    Evansville, IN 47701-0064
15132618       +E-mail/Text: BKRMailOPS@weltman.com Dec 03 2019 03:55:01      Sterling Jewlers,    375 Ghent Road,
                 Akron, OH 44333-4600
15133091       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 03:56:30      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15132619       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 03:56:30      Synchrony Bank,    P.O. Box 965022,
                 Orlando, FL 32896-5022
15132620       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 03:56:30      Synchrony Bank/Amazon,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15132621       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 03:56:30      Synchrony Bank/Lowes,
                 P.O. Box 965064,    Orlando, FL 32896-5064
15132622       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2019 03:56:30      Synchrony Bank/Sams,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15132626       +E-mail/Text: skorman@uoc.com Dec 03 2019 03:55:53      University Orthopedics Center,
                 101 Regent Court,    State College, PA 16801-7965
                                                                                               TOTAL: 41

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
15132580      ##+Blair County Anesthesia,    1701 12th Avenue, #G2,   Altoona, PA 16601-3100
                                                                                               TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7           User: msch                 Page 3 of 3              Date Rcvd: Dec 02, 2019
                               Form ID: 149               Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Joint Debtor Betty A. Sollenberger suzannembash@yahoo.com,
               sooz1205@yahoo.com
              Suzanne M. Bash    on behalf of Debtor Daniel M. Sollenberger suzannembash@yahoo.com,
               sooz1205@yahoo.com
                                                                                              TOTAL: 5
```