**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel M. Sollenberger** | : | Case No. 19−70614−JAD |
| **Betty A. Sollenberger** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 31st of March, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 3/26/2020 is ***RESCHEDULED*** to ***6/11/20 at 02:30 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: March 31, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
Suzanne M. Bash, Esq.
Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70614-JAD
Daniel M. Sollenberger                                                    Chapter 13
Betty A. Sollenberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: msch              Page 1 of 3              Date Rcvd: Apr 01, 2020
                               Form ID: RSCcon3        Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
```
db/jdb         +Daniel M. Sollenberger,    Betty A. Sollenberger,    202 Wilderness Lane,
                 Altoona, PA 16601-8571
15132577        Ally Financial,    P.O. Box 380901,    Pittsburgh, PA 15230
15132578       +Altoona Ophthalmology,    600 E. Pleasant Valley Blvd.,    Altoona, PA 16602-5530
15132579       +Barclays Bank Delaware,    100 S. West Street,    Wilmington, DE 19801-5015
15132581       +Blair Gastroenterology Associates,    810 Valley Veiw Blvd.,    Altoona, PA 16602-6342
15132624      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: THD/CBNA,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,
                 P.O. Box 20363,    Kansas City, MO 64195)
15158005        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15132585       +Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
15132588       +Comenity Capital Bank,    Attention Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15132590       +Commonwealth of Pennsylvania,    Office of Attorney General,    Collection's Unit,
                 14th Floor, Strawberry Square,    Harrisburg, PA 17120-0001
15132591       +Credit Control Collect,    2410 Broad Avenue,    Altoona, PA 16601-1940
15132594       +Dental Care Associates,    712 Logan Boulevard,    Hollidaysburg, PA 16648-3032
15132597       +ENT Associates of Central PA:,    Howells R. Charles MD, FACS,    3341 Beale Avenue,
                 Altoona, PA 16601-1549
15132596       +Ear, Nose and Throat Assoc of Central PA,    3341 Beale Avenue,    Altoona, PA 16601-1549
15132598       +First Savings Bank/Blaze,    Attn: Bankruptcy,    P.O. Box 5096,    Sioux Falls, SD 57117-5096
15132601       +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
15132602       +HSBC Bank Nevada, NA,    PO Box 2013,    Buffalo, NY 14240-2013
15145036       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15132604       +Lexington Anestheisa Associates,    620 Howard Avenue,    Altoona, PA 16601-4804
15132609        Pathology Associates of Blair County,    P.O. Box 380854-0072,    Clinton Township, MI 48038
15132614       +Sears/CBNA,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
15132615       +Sears/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15132623       +Target,    c/o Financial & Retail Services,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
15132625       +The Bureaus, Inc,    Attn: Bankruptcy,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
15132627       +UPMC Altoona,    620 Howard Avenue,    Altoona, PA 16601-4804
15132628       +UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
15163719        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15164927        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15161757        E-mail/Text: ally@ebn.phinsolutions.com Apr 02 2020 04:37:32     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
15163156       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:33
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15164103        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:48:39
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
                 Greenville, SC 29603-0587
15132582       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:49:39     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
15139747        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2020 04:47:24
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15167829       +E-mail/Text: bankruptcy@cavps.com Apr 02 2020 04:39:38     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15132583       +E-mail/Text: bankruptcy@cavps.com Apr 02 2020 04:39:38     Cavalry Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Drive,    Suite 400,
                 Valhalla, NY 10595-2321
15133666       +E-mail/Text: bankruptcy@cavps.com Apr 02 2020 04:39:38     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15132586       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2020 04:38:17     Comenity Bank,
                 Attn: Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
15132587       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2020 04:38:18
                 Comenity Bank/Value City Furniture,    P.O. Box 182273,    Columbus, OH 43218-2273
15132589       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 02 2020 04:38:18     Comenity Capital/Boscov,
                 Attn: Bankruptcy Dept.,    P.O. Box 182125,    Columbus, OH 43218-2125
15132592       +E-mail/Text: bdsupport@creditmanagementcompany.com Apr 02 2020 04:39:46
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15132593       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 02 2020 04:49:42     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
15136166        E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0315-7          User: msch                Page 2 of 3              Date Rcvd: Apr 01, 2020
                              Form ID: RSCcon3          Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15132595       +E-mail/Text: mrdiscen@discover.com Apr 02 2020 04:37:35      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
15132599       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 02 2020 04:40:55       Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    P.O. Box 4477,    Beaverton, OR 97076-4401
15132600       +E-mail/Text: bankruptcy@affglo.com Apr 02 2020 04:39:03      Global Credit Collection,
                 5440 North Cumberland Avenue,     Suite 300,    Chicago, IL 60656-1486
15169375        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 02 2020 04:39:31       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15132584        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 02 2020 04:47:19        Chase Card Services,
                 Attn: Correspondence Department,     P.O. Box 15298,    Wilmington, DE 19850
15132603       +E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 04:37:52       Kohls/Capital One,
                 P.O. Box 3043,    Milwaukee, WI 53201-3043
15132605       +E-mail/Text: resurgentbknotifications@resurgent.com Apr 02 2020 04:47:33        LVNV Funding, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
15139148        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:47:37        LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15132606       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 02 2020 04:38:58      Midland Funding,
                 2365 Northside Drive, Suite 300,     San Diego, CA 92108-2709
15160995       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 02 2020 04:38:58      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15132607       +E-mail/PDF: cbp@onemainfinancial.com Apr 02 2020 04:48:02       One Main,    P.O. Box 3251,
                 Evansville, IN 47731-3251
15132608       +E-mail/Text: blegal@phfa.org Apr 02 2020 04:39:04      PA Housing Finance Agency,
                 2101 North Front Street,    Harrisburg, PA 17110-1086
15136405        E-mail/Text: blegal@phfa.org Apr 02 2020 04:39:05      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
15132610        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:49:40
                 Portfolio Recovery,    120 Corporate Bovd, Suite 1,     Norfolk, VA 23502
15159594        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:25
                 Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
15169372        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:48:29
                 Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
15132611       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:48:26
                 Portfolio Recovery (A),    120 Corporate Bovd, Suite 1,     Norfolk, VA 23502-4952
15132612       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:49:27       QCard/GEMB,    P.O. Box 530905,
                 Atlanta, GA 30353-0905
15163190        E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2020 04:38:24
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
15163086        E-mail/Text: bnc-quantum@quantum3group.com Apr 02 2020 04:38:24
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
15132613       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:47:33
                 Resurgent Capital Services LP,    PO Box 10497,    Greenville, SC 29603-0497
15132616       +E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2020 04:40:54
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15132617       +E-mail/PDF: cbp@onemainfinancial.com Apr 02 2020 04:49:34       Springleaf Financial,
                 P.O. Box 64,   Evansville, IN 47701-0064
15132618       +E-mail/Text: BKRMailOPS@weltman.com Apr 02 2020 04:38:14       Sterling Jewlers,    375 Ghent Road,
                 Akron, OH 44333-4600
15133091       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:09       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15132619       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:49:29       Synchrony Bank,    P.O. Box 965022,
                 Orlando, FL 32896-5022
15132620       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:47:15       Synchrony Bank/Amazon,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15132621       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:49:29       Synchrony Bank/Lowes,
                 P.O. Box 965064,    Orlando, FL 32896-5064
15132622       +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:47:14       Synchrony Bank/Sams,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15169496       +E-mail/Text: bncmail@w-legal.com Apr 02 2020 04:39:20      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
15169371        E-mail/Text: jennifer.chacon@spservicing.com Apr 02 2020 04:40:54
                 U.S. Bank National Association et. al,,     c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
15132626       +E-mail/Text: skorman@uoc.com Apr 02 2020 04:40:23      University Orthopedics Center,
                 101 Regent Court,    State College, PA 16801-7965
                                                                                              TOTAL: 47

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as indenture trust
15132580      ##+Blair County Anesthesia,    1701 12th Avenue, #G2,    Altoona, PA 16601-3100
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-7           User: msch                 Page 3 of 3                  Date Rcvd: Apr 01, 2020
                               Form ID: RSCcon3           Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:

              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Joint Debtor Betty A. Sollenberger suzannembash@yahoo.com,
               sooz1205@yahoo.com
              Suzanne M. Bash    on behalf of Debtor Daniel M. Sollenberger suzannembash@yahoo.com,
               sooz1205@yahoo.com
                                                                                             TOTAL: 5