2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-70614-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Daniel M. Sollenberger<br>202 Wilderness Lane<br>Altoona PA 16601 | Betty A. Sollenberger<br>202 Wilderness Lane<br>Altoona PA 16601 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/08/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 24: U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 | U.S. Bank National Association, et al.<br>C/O SELECT PORTFOLIO SERVICING<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/10/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-70614-JAD
Daniel M. Sollenberger Chapter 13
Betty A. Sollenberger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 2
Date Rcvd: Sep 08, 2021     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15169371 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bnicholas@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Suzanne M. Bash | on behalf of Joint Debtor Betty A. Sollenberger suzannembash@yahoo.com sooz1205@yahoo.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 2 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: trc | Total Noticed: 1 |

Suzanne M. Bash
                    on behalf of Debtor Daniel M. Sollenberger suzannembash@yahoo.com  sooz1205@yahoo.com

TOTAL: 7