## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL M. SOLLENBERGER
BETTY A. SOLLENBERGER

        Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant

        vs.

SUZANNE M BASH ESQ++

        Respondents

Case No. 19-70614JAD

Chapter 13

Document No __

### NOTICE OF FUNDS ON RESERVE

      The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

                SUZANNE M BASH ESQ++
                231 S MAIN ST - STE 310
                GREENSBURG,PA 15601

The Trustee believes the creditor's address may now be:

                NO CHANGE OF ADDRESS HAS
                BEEN PROVIDED BY COUNSEL.
                COUNSEL HAS NOT RESPONDED
                TO TRUSTEE'S REQUEST FOR
                INFORMATION.

      The Movant further certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 11/19/2021.

                /s/ Ronda J. Winnecour
                RONDA J WINNECOUR PA ID #30399
                CHAPTER 13 TRUSTEE WD PA
                600 GRANT STREET
                SUITE 3250 US STEEL TWR
                PITTSBURGH, PA  15219
                (412) 471-5566
                cmecf@chapter13trusteewdpa.com

DEBTOR'S COUNSEL:
SUZANNE M BASH ESQ++, 231 S
MAIN ST - STE 310, GREENSBURG,
PA  15601

DEBTOR(S):
DANIEL M. SOLLENBERGER, BETTY
A. SOLLENBERGER, 202
WILDERNESS LANE, ALTOONA, PA
16601

NEW CREDITOR:
NO CHANGE OF ADDRESS HAS BEEN
PROVIDED BY COUNSEL.  COUNSEL
HAS NOT RESPONDED TO
TRUSTEE'S REQUEST FOR
INFORMATION.

DEBTOR'S COUNSEL:
SUZANNE M BASH ESQ++, 231 S
MAIN ST - STE 310, GREENSBURG,
PA  15601