# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
)  Case No. __19-70614_____-JAD
**Daniel and Betty Sollenberger**  )
)  Chapter 13
)
Debtor(s).  )
_____X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑  a motion to dismiss case or certificate of default requesting dismissal

❑  a plan modification sought by: _____

❑  a motion to lift stay
   as to creditor  _____

☒  Other:  _curing plan arrears to bring plan payments current_

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated _10/1/2019_____
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Debtor(s) Plan payments shall be changed from $ __1955_____ to $ ___2787_____ per _month_____, effective _March 2024_____; and/or the Plan term shall be changed from _____ months to

[04/22]  -1-

  ____ months.

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ❑ Other: _____

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]     -2-

**SO ORDERED**, this 12th day of March, 2024

FILED
3/12/24 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



JEFFERY A. DELLER
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/Suzanne M. Bash_____        /s/James Warmbrodt_____

Counsel to Debtor                                 Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70614-JAD |
| Daniel M. Sollenberger | Chapter 13 |
| Betty A. Sollenberger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Sollenberger, Betty A. Sollenberger, 202 Wilderness Lane, Altoona, PA 16601-8571 |
| 15132577 | | Ally Financial, P.O. Box 380901, Pittsburgh, PA 15230 |
| 15132578 | + | Altoona Ophthalmology, 600 E. Pleasant Valley Blvd., Altoona, PA 16602-5530 |
| 15132580 | + | Blair County Anesthesia, 1701 12th Avenue, #G2, Altoona, PA 16601-3100 |
| 15132581 | + | Blair Gastroenterology Associates, 810 Valley Veiw Blvd., Altoona, PA 16602-6342 |
| 15132588 | + | Comenity Capital Bank, Attention Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15132590 | + | Commonwealth of Pennsylvania, Office of Attorney General, Collection's Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15132591 | #+ | Credit Control Collect, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15132594 | + | Dental Care Associates, 712 Logan Boulevard, Hollidaysburg, PA 16648-3032 |
| 15132597 | + | ENT Associates of Central PA:, Howells R. Charles MD, FACS, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132596 | + | Ear, Nose and Throat Assoc of Central PA, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132604 | + | Lexington Anestheisa Associates, 620 Howard Avenue, Altoona, PA 16601-4804 |
| 15132609 | | Pathology Associates of Blair County, P.O. Box 380854-0072, Clinton Township, MI 48038 |
| 15133091 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15132627 | + | UPMC Altoona, 620 Howard Avenue, Altoona, PA 16601-4804 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 13 2024 00:10:16 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 13 2024 00:12:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:10:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Mar 13 2024 00:12:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15161757 | | Email/Text: ally@ebn.phinsolutions.com | Mar 13 2024 00:11:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15132579 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 13 2024 00:12:00 | Barclays Bank Delaware, 100 S. West Street, Wilmington, DE 19801-5015 |
| 15163156 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 13 2024 00:12:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132624 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-70614-JAD    Doc 64    Filed 03/14/24    Entered 03/15/24 00:28:40    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-7 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 79 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 13 2024 00:22:41 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 15164103 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:22:32 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15132582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2024 00:22:18 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15139747 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2024 00:22:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158005 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2024 00:22:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15167829 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2024 00:12:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132583 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2024 00:12:00 | Cavalry Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15133666 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2024 00:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:22:32 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15132586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 00:12:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 00:12:00 | Comenity Bank/Value City Furniture, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15132589 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 00:12:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132592 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 13 2024 00:12:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15132593 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2024 00:09:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15136166 | | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132595 | + | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:11:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15132598 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 13 2024 00:12:00 | First Savings Bank/Blaze, Attn: Bankruptcy, P.O. Box 5096, Sioux Falls, SD 57117 |
| 15132599 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 13 2024 00:12:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15132600 | + | Email/Text: bankruptcy@affglo.com | Mar 13 2024 00:12:00 | Global Credit Collection, 5440 North Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 15132601 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 13 2024 00:11:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 15132602 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 13 2024 00:11:00 | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15169375 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2024 00:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15132584 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 00:09:59 | Chase Card Services, Attn: Correspondence Department, P.O. Box 15298, Wilmington, DE 19850 |
| 15145036 | + | Email/Text: RASEBN@raslg.com | Mar 13 2024 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, |

| | | | | |
|---|---|---|---|---|
| | | | | P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15132603 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2024 00:11:00 | Kohls/Capital One, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15139148 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:22:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132605 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:22:18 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15132606 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2024 00:12:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15160995 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2024 00:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15132607 | + | Email/PDF: cbp@omf.com | Mar 13 2024 00:22:18 | One Main, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15132608 | + | Email/Text: blegal@phfa.org | Mar 13 2024 00:12:00 | PA Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15136405 | | Email/Text: blegal@phfa.org | Mar 13 2024 00:12:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15132610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:22:31 | Portfolio Recovery, 120 Corporate Bovd, Suite 1, Norfolk, VA 23502 |
| 15159594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:10:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15169372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:10:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15132611 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:10:16 | Portfolio Recovery (A), 120 Corporate Bovd, Suite 1, Norfolk, VA 23502-4952 |
| 15132612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:22:12 | QCard/GEMB, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 15163190 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2024 00:12:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163086 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2024 00:12:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:09:38 | Resurgent Capital Services LP, PO Box 10497, Greenville, SC 29603-0497 |
| 15132614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:22:42 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15132615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:22:13 | Sears/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15132616 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2024 00:12:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132617 | + | Email/PDF: cbp@omf.com | Mar 13 2024 00:10:00 | Springleaf Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15132618 | + | Email/Text: BKRMailOPS@weltman.com | Mar 13 2024 00:12:00 | Sterling Jwelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15132619 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:10:15 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15132620 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:09:59 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15132621 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:22:32 | Synchrony Bank/Lowes, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15132622 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 79 |

| Recip ID | | Method | Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 13 2024 00:09:36 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15169496 | + | Email/Text: bncmail@w-legal.com | Mar 13 2024 00:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15132623 | + | Email/Text: bncmail@w-legal.com | Mar 13 2024 00:12:00 | Target, c/o Financial & Retail Services, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15132625 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 13 2024 00:12:00 | The Bureaus, Inc, Attn: Bankruptcy, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15169371 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2024 00:12:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132628 | ^ | MEBN | Mar 13 2024 00:04:51 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15163719 | | Email/Text: BNCnotices@dcmservices.com | Mar 13 2024 00:12:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15164927 | | Email/Text: BNCnotices@dcmservices.com | Mar 13 2024 00:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15132626 | + | Email/Text: skorman@uoc.com | Mar 13 2024 00:12:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| 15409027 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 5 of 5 |
| Date Rcvd: Mar 12, 2024 | Form ID: pdf900 | Total Noticed: 79 |

Denise Carlon
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Suzanne M. Bash
    on behalf of Joint Debtor Betty A. Sollenberger suzannembash@yahoo.com  sooz1205@yahoo.com

Suzanne M. Bash
    on behalf of Debtor Daniel M. Sollenberger suzannembash@yahoo.com  sooz1205@yahoo.com

TOTAL: 9