

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-70614

DEBTOR(S):

DANIEL M SOLLENBERGER

BETTY A SOLLENBERGER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 21 IN THE AMOUNT OF $1,317.89

CREDITOR'S SIGNATURE:

/s/ Mark Stidham

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/10/2024