

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Daniel M Sollenberger, Debtor                                    Case No. 19-70614-JAD

                                                                         Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 23-1 filed on December 6 2019, for account number 8483 and in the amount of $ 1611.43.

Respectfully submitted,

By: /s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:  5/13/2024