

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1970614

DEBTOR(S):

DANIEL M SOLLENBERGER

BETTY A SOLLENBERGER

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 17 IN THE AMOUNT OF $279.68

CREDITOR'S SIGNATURE:

/s/ Matthew Oberholtzer

CREDITOR CONTACT INFO:

CVI SGP-CO Acquisition Trust

Resurgent Capital Services

PO Box 10587

Greenville, SC

(877) 264-5884

DATE:

5/14/2024