**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/15/2024

IN RE:

| | |
|---|---|
| DANIEL M. SOLLENBERGER<br>BETTY A. SOLLENBERGER<br>202 WILDERNESS LANE<br>ALTOONA,  PA  16601<br>XXX-XX-3406          Debtor(s)<br><br>XXX-XX-7698 | Case No.19-70614 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts\* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/15/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1940 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number:3  INT %: 5.00%<br>Court Claim Number:12<br>CLAIM: 12,534.55<br>COMMENT: $CL12GOV@TERMS/PL*7300@5%/PL~2b506*DK! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4574 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number:4  INT %: 5.00%<br>Court Claim Number:3<br>CLAIM: 7,669.75<br>COMMENT: CL3GOV@5%/PL*PMT NT STD/CL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4877 |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST**<br>C/O SELECT PORTFOLIO SVCNG INC<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:24-2<br>CLAIM: 0.00<br>COMMENT: CL24-2GOV*1102/PL@SPS*1104.50x(60+2)=LMT*BGN 11/19*AMD*FR CIM TRUST 201 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3868 |
| **ALTOONA OPTHAMOLOGY ASSOCIATES**<br>600 EAST PLEASANT VALLEY BLVD<br>ALTOONA, PA 16602 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0600 |
| **ALTOONA OPTHAMOLOGY ASSOCIATES**<br>600 EAST PLEASANT VALLEY BLVD<br>ALTOONA, PA 16602 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0600 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3596 |
| **BLAIR COUNTY ANESTHESIA PC**<br>1701 12TH AVE STE G2<br>ALTOONA, PA 16601-3100 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6067 |
| **BLAIR GASTROENTEROLOGY ASOCIATES**<br>810 VALLEY VIEW BLVD<br>ALTOONA, PA 16602 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7658 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 5,511.27<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9895 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1081 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7624 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6088 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4406 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 2,353.84<br>COMMENT: CAP 1*COA*DOC 54 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8699 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4442 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 875.09<br>COMMENT: CHRGD OFF 12/31/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6508 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 3,158.29<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4956 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7910 |

| Creditor | Claim Info | Details |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 1,435.95<br>COMMENT: COMENITY/VALUE CITY FURNITURE*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8751 |
| **COMENITY BANK++**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VALUE CITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5499 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 1,477.04<br>COMMENT: BOSCOVS/COMENITY*NO PAYMENT EVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2185 |
| **COMMONWEALTH OF PENNSYLVANIA**<br>OFFICE OF ATTORNEY GENERAL<br>STRAWBERRY SQ 15TH FL<br>HARRISBURG, PA 17120 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 17~WELFARE OVERPAYMENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 870.54<br>COMMENT: X0584/SCH*CREDIT 1*NO PAYMENTS EVER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1357 |
| **DENTAL CARE ASSOCIATES**<br>712 LOGAN BLVD<br>HOLLIDAYSBURG, PA 16648 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5018 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 538.38<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9892 |
| **EAR NOSE AND THROAT ASSOCIATES OF CENT**<br>3341 BEALE AVE<br>ALTOONA, PA 16601 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3311 |
| **EAR NOSE AND THROAT ASSOCIATES OF CENT**<br>3341 BEALE AVE<br>ALTOONA, PA 16601 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1589 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIRST SAVINGS BANK++**<br>500 EAST 60TH ST N<br><br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BLAZE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0947 |
| **QUANTUM3 GROUP LLC - AGENT GPCC I LLC**<br>C/O QUANTUM 3 GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 365.85<br>COMMENT: CELTIC BANK/INDIGO MC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5563 |
| **HSBC BANK++**<br>POB 5253<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4406 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 625.51<br>COMMENT: CAP 1 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5844 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,506.83<br>COMMENT: KOHLS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3814 |
| **LEXINGTON ANESTHESIA ASSOC++**<br>POB 631<br><br>ALTOONA, PA 16603 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1613 |
| **ONE MAIN FINANCIAL(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1857 |
| **PATHOLOGY ASSOCIATES OF BLAIR**<br>POB 489<br><br>JEANNETTE, PA 15644 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2991 |
| **GEMB++**<br>950 FORRER BLVD<br><br>DAYTON, OH 45420 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~QCARD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4426 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,251.44<br>COMMENT: CITIBANK/SEARS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9697 |

| Creditor | Claim Info | Details |
|---|---|---|
| **SEARS/CITI CARD USA\*+++**<br>BANKRUPTCY DEPT\*<br>POB 182149\*<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9971 |
| **SPRINGLEAF FINANCIAL SERVICES INC(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4392 |
| **CVI SGP-CO ACQUISITION TRUST**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  0.00<br>COMMENT:  STERLING JEWELERS\*STALE CL 279.68 W/D\*DOC 69 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3998 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  2,245.84<br>COMMENT:  SYNCHRONY/SAMS\*JUDGMENT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1940 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA  23541-1067 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  2,435.08<br>COMMENT:  WALMART/SYNCHRONY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9270 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  1,545.06<br>COMMENT:  SYNCHRONY/WALMART\*JUDGMENT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2038 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM:  1,864.95<br>COMMENT:  AMAZON\*SYNCHRONY\*REF 3513295543 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2155 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~LOWES/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6466 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,293.79<br>COMMENT:  SYNCHRONY/SHERMAN/SAM'S CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3380 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  2,742.07<br>COMMENT:  TARGET | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2808 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **THD/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9739 |
| **UNIVERSITY ORTHOPEDICS**<br>101 REGENT CT<br><br>STATE COLLEGE, PA  16801 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9034 |
| **UPMC ALTOONA++**<br>3203 FAIRWAY DR<br><br>ALTOONA, PA  16602 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6339 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6340 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM:  2,942.34<br>COMMENT:  X5346/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7698 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7019 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5346 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6320 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7296 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  306.91<br>COMMENT:  X6339/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3406 |

CLAIM RECORDS     Case 19-70614-JAD    Doc 70    Filed 05/15/24    Entered 05/15/24 11:36:27    Desc
Page 9 of 9

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** <br> PO BOX 371472 <br><br> PITTSBURGH, PA 15250 | Trustee Claim Number:61  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7081 |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br><br> WARREN, MI 48090 | Trustee Claim Number:62  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **THE BUREAUS INC** <br> 650 DUNDEE RD STE 370 <br><br> NORTHBROOK, IL 60062-2757 | Trustee Claim Number:63  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **US BANK NA - INDENTURE TRUSTEE CIM TRUST** <br> C/O SELECT PORTFOLIO SVCNG INC <br> ATTN REMITTANCE PROCESSING <br> PO BOX 65450 <br> SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:64  INT %:  0.00% <br> Court Claim Number:24-2 <br><br> CLAIM:  3,646.60 <br> COMMENT:  CL24-2GOV*2458/PL@SPS*THRU 10/19*AMD*FR CIM TRUST 2016-2-DOC 43 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  3868 |
| **UPMC PHYSICIAN SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br><br> MINNEAPOLIS, MN 55440 | Trustee Claim Number:65  INT %:  0.00% <br> Court Claim Number:19 <br><br> CLAIM:  2,125.73 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7698 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:66  INT %:  0.00% <br> Court Claim Number:21 <br><br> CLAIM:  0.00 <br> COMMENT:  ACCT NT/SCH*SHERMAN/FIRST USA*STALE CL 1317.89 W/D*DOC 67 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9120 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:67  INT %:  0.00% <br> Court Claim Number:22 <br><br> CLAIM:  0.00 <br> COMMENT:  ACCT NT/SCH*SHERMAN/CITIFNCL*STALE CL 143.80 W/D*DOC 66 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7038 |
| **CAVALRY INVESTMENTS LLC - ASSIGNEE*** <br> PO BOX 27288 <br><br> TEMPE, AZ 85282 | Trustee Claim Number:68  INT %:  0.00% <br> Court Claim Number:23 <br><br> CLAIM:  0.00 <br> COMMENT:  NT/SCH*MIDFIRST BANK/DISCOVER*STALE CL@ $1611.43 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8483 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number:69  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY FNCL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |