## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Daniel M. Sollenberger and** | : | Case No. 19-70614-JAD |
| **Betty A. Sollenberger** | : | Chapter 13 |
| | : | |
| **Daniel M. Sollenberger and** | : | Doc #71 |
| **Betty A. Sollenberger** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| Vs. | : | |
| | : | |
| **U.S. Bank National Association** | : | |
| | : | |
| **Respondent** | : | |

### DECLARATION REGARDING MONTHLY PAYMENT CHANGE

**AND NOW**, come the Debtors, Daniel M. and Betty A. Sollenbergr, by and through their attorney, Suzanne M. Bash, Esquire, and file the within Declaration Regarding Monthly Payment Change, and in support of aver as follows:

1. The Debtors are Daniel M. and Betty A. Sollenberger, adult individuals presently residing at 202 Wilderness Lane, Altoona, Pennsylvania 16601.

2. Counsel for the Debtors is Suzanne M. Bash, Esquire.

3. The mortgage company for the Debtor's residence is U.S. Bank National Association.

4. The new post-petition monthly payment payable to U.S. Bank National Association is $1,126.50 effective January 1,2024, per the Notice of Mortgage Payment Change dated November 16, 2023.

                                            Respectfully submitted,

Date:  June 27, 2024                    By: /s/ Suzanne M. Bash
                                                          Suzanne M. Bash
                                                          139 Seaton Road
                                                          Ligonier, PA 15658
                                                          Tel: 724-244-5863
                                                          suzannembash@gmail.com