**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DANIEL M. SOLLENBERGER<br>　BETTY A. SOLLENBERGER<br>　　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　　　Movant<br>　　　　vs.<br>　DANIEL M. SOLLENBERGER<br>　BETTY A. SOLLENBERGER<br><br>　　　　Respondents | Case No.19-70614-JAD<br><br><br>Chapter 13<br><br>Related to<br>Document No.　72 |

## ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this ___30th___ day of __October__, 20_24_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Rex Heat Treat<br>
Attn: Payroll Manager<br>
951 West 8Th St<br>
Lansdale,PA 19446

is hereby ordered to immediately terminate the attachment of the wages of DANIEL M. SOLLENBERGER, social security number XXX-XX-3406. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DANIEL M. SOLLENBERGER.

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
10/30/24 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:	Case No. 19-70614-JAD

Daniel M. Sollenberger	Chapter 13

Betty A. Sollenberger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2

Date Rcvd: Oct 30, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel M. Sollenberger, Betty A. Sollenberger, 202 Wilderness Lane, Altoona, PA 16601-8571 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

**Name          Email Address**

Denise Carlon

    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com

Denise Carlon

    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com

Leon P. Haller

    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich

    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mmiksich@kmllawgroup.com

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com

Michelle L. McGowan
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Suzanne M. Bash
    on behalf of Debtor Daniel M. Sollenberger suzannembash@yahoo.com  sooz1205@yahoo.com

Suzanne M. Bash
    on behalf of Joint Debtor Betty A. Sollenberger suzannembash@yahoo.com  sooz1205@yahoo.com

TOTAL: 10