Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Daniel M. Sollenberger |
| Debtor 2 (Spouse, if filing) | Betty A. Sollenberger |

United States Bankruptcy Court for the : WESTERN District of Pennsylvania
(State)

Case number 19-70614-JAD

# Form 4100R
# Response to Notice of Final Cure                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:** U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1

**Court claim no.** (if known): 24-2

**Last 4 digits** of any number you use to identify the debtor's account: 3868

**Property address:** 202 WILDERNESS LANE ,
Number      Street

ALTOONA, PA 16601
City          State      ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3:  Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  12/1/2024
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $_____
b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____
c. Total. Add lines a and b.         (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM/ DD/ YYYY

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

| Debtor 1 | Daniel M. Sollenberger | Case number *(if known)* | 19-70614-JAD |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Sydney Marie Cauthen
   Signature

Date 12/11/2024

Print   Sydney Marie Cauthen
        First Name   Middle Name   Last Name

Title Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   130 Clinton Rd #202
          Number       Street

          Fairfield        NJ        07004
          City             State     ZIP Code

Contact   470-321-7112                           Email: scauthen@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**DISTRICT OF JOHNSTOWN**

| | |
|---|---|
| IN RE: Daniel M. Sollenberger and Betty A. Sollenberger,<br><br>Debtors.<br>_____/ | CASE NO.: 19-70614-JAD<br>Chapter 13 |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Daniel M. Sollenberger
202 Wilderness Lane
Altoona, PA 16601

Betty A. Sollenberger
202 Wilderness Lane
Altoona, PA 16601

And via electronic mail to:

Suzanne M. Bash
Law Office of Suzanne M. Bash
139 Seaton Road
Ligonier, PA 15658

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Charles Doran

cdoran@raslg.com