Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Daniel M. Sollenberger
Betty A. Sollenberger**
Debtor(s)

Bankruptcy Case No.: 19−70614−JAD

Chapter: 13
Docket No.: 78 − 77

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of December, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/5/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/12/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/5/25.**

                                                                              Jeffery A. Deller
                                                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-70614-JAD |
|---|---|
| Daniel M. Sollenberger | Chapter 13 |
| Betty A. Sollenberger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: 408 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Sollenberger, Betty A. Sollenberger, 202 Wilderness Lane, Altoona, PA 16601-8571 |
| 15132577 | | Ally Financial, P.O. Box 380901, Pittsburgh, PA 15230 |
| 15132578 | + | Altoona Ophthalmology, 600 E. Pleasant Valley Blvd., Altoona, PA 16602-5530 |
| 15132580 | + | Blair County Anesthesia, 1701 12th Avenue, #G2, Altoona, PA 16601-3100 |
| 15132581 | + | Blair Gastroenterology Associates, 810 Valley Veiw Blvd., Altoona, PA 16602-6342 |
| 15132588 | + | Comenity Capital Bank, Attention Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15132590 | + | Commonwealth of Pennsylvania, Office of Attorney General, Collection's Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15132591 | #+ | Credit Control Collect, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15132594 | + | Dental Care Associates, 712 Logan Boulevard, Hollidaysburg, PA 16648-3032 |
| 15132597 | + | ENT Associates of Central PA:, Howells R. Charles MD, FACS, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132596 | + | Ear, Nose and Throat Assoc of Central PA, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132600 | + | Global Credit Collection, 5440 North Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 15132604 | + | Lexington Anestheisa Associates, 620 Howard Avenue, Altoona, PA 16601-4804 |
| 15132609 | | Pathology Associates of Blair County, P.O. Box 380854-0072, Clinton Township, MI 48038 |
| 15132627 | + | UPMC Altoona, 620 Howard Avenue, Altoona, PA 16601-4804 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 24 2024 22:20:06 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 24 2024 22:08:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:44 | CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| cr | + | Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry SPV I, LLC, PO Box4252, Greenwich, CT 06831-0405 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Dec 24 2024 22:08:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15161757 | | Email/Text: ally@ebn.phinsolutions.com | Dec 24 2024 22:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15132579 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 19-70614-JAD  Doc 79  Filed 12/26/24  Entered 12/27/24 00:13:23  Desc Imaged
Certificate of Notice  Page 3 of 6

| District/off: 0315-7 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: 408 | Total Noticed: 81 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 24 2024 22:08:00 | Barclays Bank Delaware, 100 S. West Street, Wilmington, DE 19801-5015 |
| 15163156 | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 24 2024 22:08:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132624 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:20:04 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 15164103 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15132582 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:38 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15139747 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:20:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158005 | | Email/PDF: bncnotices@becket-lee.com | Dec 24 2024 22:19:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15167829 | + | Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132583 | + | Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15133666 | + | Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:20:04 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15132586 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132587 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/Value City Furniture, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15132589 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132592 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 24 2024 22:08:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15132593 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 24 2024 22:19:44 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15136166 | | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132595 | + | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15132598 | | Email/Text: BNBLAZE@capitalsvcs.com | Dec 24 2024 22:07:00 | First Savings Bank/Blaze, Attn: Bankruptcy, P.O. Box 5096, Sioux Falls, SD 57117 |
| 15132599 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 24 2024 22:09:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15132601 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 24 2024 22:07:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 15132602 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 24 2024 22:07:00 | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15169375 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 24 2024 22:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15132584 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 24 2024 22:30:53 | Chase Card Services, Attn: Correspondence Department, P.O. Box 15298, Wilmington, DE |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15145036 | + | Email/Text: RASEBN@raslg.com | Dec 24 2024 22:07:00 | 19850<br>JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15132603 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 24 2024 22:07:00 | Kohls/Capital One, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15139148 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132605 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15132606 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2024 22:08:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15160995 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2024 22:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15132607 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:19:43 | One Main, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15132608 | + | Email/Text: blegal@phfa.org | Dec 24 2024 22:08:00 | PA Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15136405 | | Email/Text: blegal@phfa.org | Dec 24 2024 22:08:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15132610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:52 | Portfolio Recovery, 120 Corporate Bovd, Suite 1, Norfolk, VA 23502 |
| 15159594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15169372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:30:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15132611 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:20:02 | Portfolio Recovery (A), 120 Corporate Bovd, Suite 1, Norfolk, VA 23502-4952 |
| 15132612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:20:00 | QCard/GEMB, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 15163190 | | Email/Text: bnc-quantum@quantum3group.com | Dec 24 2024 22:08:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163086 | | Email/Text: bnc-quantum@quantum3group.com | Dec 24 2024 22:08:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | Resurgent Capital Services LP, PO Box 10497, Greenville, SC 29603-0497 |
| 15132614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:43 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15132615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:53 | Sears/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15132616 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 24 2024 22:09:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132617 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:30:50 | Springleaf Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15132618 | + | Email/Text: BKRMailOPS@weltman.com | Dec 24 2024 22:08:00 | Sterling Jewlers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15132619 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:38 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15133091 | ^ | MEBN | Dec 24 2024 22:04:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 19-70614-JAD   Doc 79   Filed 12/26/24   Entered 12/27/24 00:13:23   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: 408 | Total Noticed: 81 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 15132620 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:46 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15132621 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:20:00 | Synchrony Bank/Lowes, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15132622 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:49 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15169496 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15132623 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | Target, c/o Financial & Retail Services, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15132625 | + | Email/Text: bnc-thebureaus@quantum3group.com | Dec 24 2024 22:08:00 | The Bureaus, Inc, Attn: Bankruptcy, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15169371 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 24 2024 22:09:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132628 | ^ | MEBN | Dec 24 2024 22:05:12 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15163719 | | Email/Text: BNCnotices@dcmservices.com | Dec 24 2024 22:08:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15164927 | | Email/Text: BNCnotices@dcmservices.com | Dec 24 2024 22:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15132626 | + | Email/Text: skorman@uoc.com | Dec 24 2024 22:09:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15409027 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Suzanne M. Bash | on behalf of Joint Debtor Betty A. Sollenberger suzannembash@gmail.com sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Debtor Daniel M. Sollenberger suzannembash@gmail.com sooz1205@yahoo.com |

TOTAL: 10