**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL M. SOLLENBERGER<br>BETTY A. SOLLENBERGER<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:19-70614 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/01/2019 and confirmed on 12/2/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 118,492.68 |
| Less Refunds to Debtor | 806.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,686.63 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 6,069.11 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,569.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 67,860.11 | 0.00 | 67,860.11 |
|     Acct: 3868 | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 3,646.60 | 3,646.60 | 0.00 | 3,646.60 |
|     Acct: 3868 | | | | |
|   ALLY FINANCIAL(*) | 12,534.55 | 12,534.55 | 1,669.63 | 14,204.18 |
|     Acct: 4574 | | | | |
|   PHFA-HEMAP(*) | 7,669.75 | 7,669.75 | 595.17 | 8,264.92 |
|     Acct: 4877 | | | | |
| | | | | 93,975.81 |
| **Priority** | | | | |
|   SUZANNE M BASH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL M. SOLLENBERGER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL M. SOLLENBERGER | 806.05 | 806.05 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUZANNE M BASH ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   ALTOONA OPTHAMOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0600 | | | | |
|   ALTOONA OPTHAMOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0600 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3596 | | | | |
|   BLAIR COUNTY ANESTHESIA PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6067 | | | | |
|   BLAIR GASTROENTEROLOGY ASOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7658 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 5,511.27 | 2,025.87 | 0.00 | 2,025.87 |
|     Acct: 9895 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1081 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7624 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6088 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4406 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 2,353.84 | 865.24 | 0.00 | 865.24 |
| | Acct: 8699 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4442 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CHA | 875.09 | 321.67 | 0.00 | 321.67 |
| | Acct: 6508 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 3,158.29 | 1,160.95 | 0.00 | 1,160.95 |
| | Acct: 4956 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7910 | | | | |
| | MIDLAND FUNDING LLC | 1,435.95 | 527.83 | 0.00 | 527.83 |
| | Acct: 8751 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5499 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 1,477.04 | 542.94 | 0.00 | 542.94 |
| | Acct: 2185 | | | | |
| | COMMONWEALTH OF PENNSYLVANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MIDLAND FUNDING LLC | 870.54 | 320.00 | 0.00 | 320.00 |
| | Acct: 1357 | | | | |
| | DENTAL CARE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5018 | | | | |
| | DISCOVER BANK(*) | 538.38 | 197.90 | 0.00 | 197.90 |
| | Acct: 9892 | | | | |
| | EAR NOSE AND THROAT ASSOCIATES OF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3311 | | | | |
| | EAR NOSE AND THROAT ASSOCIATES OF | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1589 | | | | |
| | FIRST SAVINGS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0947 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 365.85 | 134.48 | 0.00 | 134.48 |
| | Acct: 5563 | | | | |
| | HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4406 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 625.51 | 229.93 | 0.00 | 229.93 |
| | Acct: 5844 | | | | |
| | CAPITAL ONE NA** | 2,506.83 | 921.48 | 0.00 | 921.48 |
| | Acct: 3814 | | | | |
| | LEXINGTON ANESTHESIA ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1613 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1857 | | | | |
| | PATHOLOGY ASSOCIATES OF BLAIR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2991 | | | | |
| | GEMB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4426 | | | | |
| | MIDLAND FUNDING LLC | 1,251.44 | 460.02 | 0.00 | 460.02 |
| | Acct: 9697 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9971 | | | | |
| | SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4392 | | | | |
| CVI SGP-CO ACQUISITION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3998 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,245.84 | 825.54 | 0.00 | 825.54 |
| Acct: 1940 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,435.08 | 895.10 | 0.00 | 895.10 |
| Acct: 9270 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,545.06 | 567.94 | 0.00 | 567.94 |
| Acct: 2038 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,864.95 | 685.53 | 0.00 | 685.53 |
| Acct: 2155 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6466 | | | | |
| LVNV FUNDING LLC | 1,293.79 | 475.57 | 0.00 | 475.57 |
| Acct: 3380 | | | | |
| TD BANK USA NA** | 2,742.07 | 1,007.95 | 0.00 | 1,007.95 |
| Acct: 2808 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9739 | | | | |
| UNIVERSITY ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9034 | | | | |
| UPMC ALTOONA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6339 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6340 | | | | |
| UPMC HEALTH SERVICES | 2,942.34 | 1,081.56 | 0.00 | 1,081.56 |
| Acct: 7698 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7019 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5346 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6320 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7296 | | | | |
| UPMC HEALTH SERVICES | 306.91 | 112.82 | 0.00 | 112.82 |
| Acct: 3406 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7081 | | | | |
| UPMC PHYSICIAN SERVICES | 2,125.73 | 781.39 | 0.00 | 781.39 |
| Acct: 7698 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9120 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7038 | | | | |
| CAVALRY INVESTMENTS LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8483 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1940 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 14,141.71 |
| TOTAL PAID TO CREDITORS | | | | 108,117.52 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 23,850.90 |
| UNSECURED | 38,471.80 |

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL M. SOLLENBERGER
BETTY A. SOLLENBERGER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-70614 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70614-JAD |
| Daniel M. Sollenberger | Chapter 13 |
| Betty A. Sollenberger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Sollenberger, Betty A. Sollenberger, 202 Wilderness Lane, Altoona, PA 16601-8571 |
| 15132577 | | Ally Financial, P.O. Box 380901, Pittsburgh, PA 15230 |
| 15132578 | + | Altoona Ophthalmology, 600 E. Pleasant Valley Blvd., Altoona, PA 16602-5530 |
| 15132580 | + | Blair County Anesthesia, 1701 12th Avenue, #G2, Altoona, PA 16601-3100 |
| 15132581 | + | Blair Gastroenterology Associates, 810 Valley Veiw Blvd., Altoona, PA 16602-6342 |
| 15132588 | + | Comenity Capital Bank, Attention Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15132590 | + | Commonwealth of Pennsylvania, Office of Attorney General, Collection's Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15132591 | #+ | Credit Control Collect, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 15132594 | + | Dental Care Associates, 712 Logan Boulevard, Hollidaysburg, PA 16648-3032 |
| 15132597 | + | ENT Associates of Central PA:, Howells R. Charles MD, FACS, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132596 | + | Ear, Nose and Throat Assoc of Central PA, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132600 | + | Global Credit Collection, 5440 North Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 15132604 | + | Lexington Anestheisa Associates, 620 Howard Avenue, Altoona, PA 16601-4804 |
| 15132609 | | Pathology Associates of Blair County, P.O. Box 380854-0072, Clinton Township, MI 48038 |
| 15132627 | + | UPMC Altoona, 620 Howard Avenue, Altoona, PA 16601-4804 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 24 2024 22:20:02 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Dec 24 2024 22:08:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:52 | CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| cr | + | Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry SPV I, LLC, PO Box4252, Greenwich, CT 06831-0405 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Dec 24 2024 22:08:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15161757 | | Email/Text: ally@ebn.phinsolutions.com | Dec 24 2024 22:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15132579 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

| | | | |
|---|---|---|---|
| | | Dec 24 2024 22:08:00 | Barclays Bank Delaware, 100 S. West Street, Wilmington, DE 19801-5015 |
| 15163156 | Email/Text: bnc-thebureaus@quantum3group.com | Dec 24 2024 22:08:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132624 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:30:45 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 15164103 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15132582 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:50 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15139747 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158005 | Email/PDF: bncnotices@becket-lee.com | Dec 24 2024 22:19:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15167829 | + Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132583 | + Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15133666 | + Email/Text: bankruptcy@cavps.com | Dec 24 2024 22:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132585 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:19:42 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15132586 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132587 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Bank/Value City Furniture, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15132589 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 24 2024 22:08:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132592 | + Email/Text: bdsupport@creditmanagementcompany.com | Dec 24 2024 22:08:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15132593 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 24 2024 22:19:57 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15136166 | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132595 | + Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15132598 | Email/Text: BNBLAZE@capitalsvcs.com | Dec 24 2024 22:07:00 | First Savings Bank/Blaze, Attn: Bankruptcy, P.O. Box 5096, Sioux Falls, SD 57117 |
| 15132599 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 24 2024 22:09:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15132601 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 24 2024 22:07:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 15132602 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 24 2024 22:07:00 | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15169375 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 24 2024 22:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15132584 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 24 2024 22:19:49 | Chase Card Services, Attn: Correspondence Department, P.O. Box 15298, Wilmington, DE |

Case 19-70614-JAD    Doc 80    Filed 12/26/24    Entered 12/27/24 00:13:23    Desc Imaged
                        Certificate of Notice    Page 9 of 11

| District/off: 0315-7 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 81 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 19850 |
| 15145036 | + | Email/Text: RASEBN@raslg.com | Dec 24 2024 22:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15132603 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 24 2024 22:07:00 | Kohls/Capital One, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15139148 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132605 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:20:06 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15132606 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2024 22:08:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15160995 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2024 22:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15132607 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:20:02 | One Main, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15132608 | + | Email/Text: blegal@phfa.org | Dec 24 2024 22:08:00 | PA Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15136405 | | Email/Text: blegal@phfa.org | Dec 24 2024 22:08:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15132610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:44 | Portfolio Recovery, 120 Corporate Bovd, Suite 1, Norfolk, VA 23502 |
| 15159594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:30:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15169372 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:20:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15132611 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:42 | Portfolio Recovery (A), 120 Corporate Bovd, Suite 1, Norfolk, VA 23502-4952 |
| 15132612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:53 | QCard/GEMB, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 15163190 | | Email/Text: bnc-quantum@quantum3group.com | Dec 24 2024 22:08:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163086 | | Email/Text: bnc-quantum@quantum3group.com | Dec 24 2024 22:08:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 24 2024 22:19:42 | Resurgent Capital Services LP, PO Box 10497, Greenville, SC 29603-0497 |
| 15132614 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:20:04 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15132615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 24 2024 22:30:49 | Sears/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15132616 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 24 2024 22:09:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132617 | + | Email/PDF: cbp@omf.com | Dec 24 2024 22:19:40 | Springleaf Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15132618 | + | Email/Text: BKRMailOPS@weltman.com | Dec 24 2024 22:08:00 | Sterling Jewlers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15132619 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:57 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15133091 | ^ | MEBN | Dec 24 2024 22:04:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0315-7 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 15132620 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:43 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15132621 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:19:41 | Synchrony Bank/Lowes, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15132622 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 24 2024 22:30:53 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15169496 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15132623 | + | Email/Text: bncmail@w-legal.com | Dec 24 2024 22:08:00 | Target, c/o Financial & Retail Services, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15132625 | + | Email/Text: bnc-thebureaus@quantum3group.com | Dec 24 2024 22:08:00 | The Bureaus, Inc, Attn: Bankruptcy, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15169371 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 24 2024 22:09:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132628 | ^ | MEBN | Dec 24 2024 22:05:13 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15163719 | | Email/Text: BNCnotices@dcmservices.com | Dec 24 2024 22:08:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15164927 | | Email/Text: BNCnotices@dcmservices.com | Dec 24 2024 22:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15132626 | + | Email/Text: skorman@uoc.com | Dec 24 2024 22:09:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 66

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15409027 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2024            Signature:        /s/Gustava Winters

Case 19-70614-JAD    Doc 80    Filed 12/26/24    Entered 12/27/24 00:13:23    Desc Imaged
Certificate of Notice    Page 11 of 11

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 81 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Suzanne M. Bash | on behalf of Joint Debtor Betty A. Sollenberger suzannembash@gmail.com sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Debtor Daniel M. Sollenberger suzannembash@gmail.com sooz1205@yahoo.com |

TOTAL: 10