IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-70614-JAD |
| Daniel M. Sollenberger and Betty A. Sollenberger | : | |
| Debtor(s) | : | |
| Daniel M. Sollenberger and Betty A. Sollenberger | : | Chapter 13 |
| Trustee, or Debtors(s), Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 12, 2019, at docket numbers 25 and 26, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of a Personal Financial Management Course*.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  January 2, 2025           By:      /s/ Suzanne M. Bash
                                           Signature
                                            Suzanne M. Bash, Esq.
                                           Name of Filer - Typed
                                            139 Seaton Road, Ligonier, PA 15658
                                           Address of Filer
                                            suzannembash@gmail.com
                                           Email Address of Filer
                                            724-244-5863
                                           Phone Number of Filer
                                            308662   PA
                                           Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**