**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Daniel M. Sollenberger | Social Security number or ITIN   xxx–xx–3406 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Betty A. Sollenberger | Social Security number or ITIN   xxx–xx–7698 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–70614–JAD | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Daniel M. Sollenberger                    Betty A. Sollenberger

   <u>2/6/25</u>                              **By the court:** <u>Jeffery A. Deller</u>
                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70614-JAD |
| Daniel M. Sollenberger | Chapter 13 |
| Betty A. Sollenberger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 06, 2025 | Form ID: 3180W | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Sollenberger, Betty A. Sollenberger, 202 Wilderness Lane, Altoona, PA 16601-8571 |
| 15132577 | | Ally Financial, P.O. Box 380901, Pittsburgh, PA 15230 |
| 15132578 | + | Altoona Ophthalmology, 600 E. Pleasant Valley Blvd., Altoona, PA 16602-5530 |
| 15132580 | + | Blair County Anesthesia, 1701 12th Avenue, #G2, Altoona, PA 16601-3100 |
| 15132581 | + | Blair Gastroenterology Associates, 810 Valley Veiw Blvd., Altoona, PA 16602-6342 |
| 15132588 | + | Comenity Capital Bank, Attention Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15132590 | + | Commonwealth of Pennsylvania, Office of Attorney General, Collection's Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15132594 | + | Dental Care Associates, 712 Logan Boulevard, Hollidaysburg, PA 16648-3032 |
| 15132597 | + | ENT Associates of Central PA:, Howells R. Charles MD, FACS, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132596 | + | Ear, Nose and Throat Assoc of Central PA, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132600 | + | Global Credit Collection, 5440 North Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 15132604 | + | Lexington Anestheisa Associates, 620 Howard Avenue, Altoona, PA 16601-4804 |
| 15132609 | | Pathology Associates of Blair County, P.O. Box 380854-0072, Clinton Township, MI 48038 |
| 15132627 | + | UPMC Altoona, 620 Howard Avenue, Altoona, PA 16601-4804 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 07 2025 04:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 07 2025 04:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 07 2025 04:27:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: Q3GTBI | Feb 07 2025 04:27:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-70614-JAD    Doc 86    Filed 02/08/25    Entered 02/09/25 00:25:03    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-7 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 3180W | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 06 2025 23:47:14 | CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| cr | + | Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry SPV I, LLC, PO Box4252, Greenwich, CT 06831-0405 |
| cr | + | EDI: PRA.COM | Feb 07 2025 04:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Feb 06 2025 23:45:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15161757 | | EDI: GMACFS.COM | Feb 07 2025 04:27:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15132579 | + | EDI: TSYS2 | Feb 07 2025 04:27:00 | Barclays Bank Delaware, 100 S. West Street, Wilmington, DE 19801-5015 |
| 15163156 | | EDI: Q3GTBI | Feb 07 2025 04:27:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132624 | | EDI: CITICORP | Feb 07 2025 04:27:00 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 15164103 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:47:14 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15132582 | + | EDI: CAPITALONE.COM | Feb 07 2025 04:27:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15139747 | | EDI: CAPITALONE.COM | Feb 07 2025 04:27:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158005 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2025 23:46:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15167829 | + | Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132583 | + | Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15133666 | + | Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132585 | + | EDI: CITICORP | Feb 07 2025 04:27:00 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15132586 | + | EDI: WFNNB.COM | Feb 07 2025 04:27:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132587 | + | EDI: WFNNB.COM | Feb 07 2025 04:27:00 | Comenity Bank/Value City Furniture, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15132589 | + | EDI: WFNNB.COM | Feb 07 2025 04:27:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132592 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 06 2025 23:45:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15132593 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 23:46:48 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15136166 | | EDI: DISCOVER | Feb 07 2025 04:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132595 | + | EDI: DISCOVER | Feb 07 2025 04:27:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15132598 | | Email/Text: BNBLAZE@capitalsvcs.com | | |

Case 19-70614-JAD    Doc 86    Filed 02/08/25    Entered 02/09/25 00:25:03    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-7 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 3180W | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 06 2025 23:44:00 | First Savings Bank/Blaze, Attn: Bankruptcy, P.O. Box 5096, Sioux Falls, SD 57117 |
| 15132599 | + | EDI: PHINGENESIS | Feb 07 2025 04:28:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15132601 | + | EDI: HFC.COM | Feb 07 2025 04:27:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 15132602 | + | EDI: HFC.COM | Feb 07 2025 04:27:00 | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15169375 | | EDI: JEFFERSONCAP.COM | Feb 07 2025 04:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15132584 | | EDI: JPMORGANCHASE | Feb 07 2025 04:27:00 | Chase Card Services, Attn: Correspondence Department, P.O. Box 15298, Wilmington, DE 19850 |
| 15145036 | + | Email/Text: RASEBN@raslg.com | Feb 06 2025 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15132603 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2025 23:44:00 | Kohls/Capital One, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15139148 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:46:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132605 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:46:49 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15132606 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 23:45:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15160995 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 23:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15132607 | + | EDI: AGFINANCE.COM | Feb 07 2025 04:27:00 | One Main, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15132608 | + | Email/Text: blegal@phfa.org | Feb 06 2025 23:45:00 | PA Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15136405 | | Email/Text: blegal@phfa.org | Feb 06 2025 23:45:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15132610 | | EDI: PRA.COM | Feb 07 2025 04:27:00 | Portfolio Recovery, 120 Corporate Bovd, Suite 1, Norfolk, VA 23502 |
| 15159594 | | EDI: PRA.COM | Feb 07 2025 04:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15169372 | | EDI: PRA.COM | Feb 07 2025 04:27:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15132611 | + | EDI: PRA.COM | Feb 07 2025 04:27:00 | Portfolio Recovery (A), 120 Corporate Bovd, Suite 1, Norfolk, VA 23502-4952 |
| 15132612 | + | EDI: SYNC | Feb 07 2025 04:27:00 | QCard/GEMB, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 15163190 | | EDI: Q3G.COM | Feb 07 2025 04:27:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163086 | | EDI: Q3G.COM | Feb 07 2025 04:27:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132613 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:46:49 | Resurgent Capital Services LP, PO Box 10497, Greenville, SC 29603-0497 |
| 15132614 | + | EDI: CITICORP | Feb 07 2025 04:27:00 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15132615 | + | EDI: CITICORP | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 07 2025 04:27:00 | Sears/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15132616 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 06 2025 23:46:00 | | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132617 | + | EDI: AGFINANCE.COM | Feb 07 2025 04:27:00 | Springleaf Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15132618 | + | Email/Text: BKRMailOPS@weltman.com | Feb 06 2025 23:45:00 | Sterling Jewlers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15132619 | + | EDI: SYNC | Feb 07 2025 04:27:00 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15133091 | ^ | MEBN | Feb 06 2025 23:33:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15132620 | + | EDI: SYNC | Feb 07 2025 04:27:00 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15132621 | + | EDI: SYNC | Feb 07 2025 04:27:00 | Synchrony Bank/Lowes, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15132622 | + | EDI: SYNC | Feb 07 2025 04:27:00 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15169496 | + | Email/Text: bncmail@w-legal.com | Feb 06 2025 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15132623 | + | EDI: WTRRNBANK.COM | Feb 07 2025 04:27:00 | Target, c/o Financial & Retail Services, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15132625 | + | EDI: Q3GTBI | Feb 07 2025 04:27:00 | The Bureaus, Inc, Attn: Bankruptcy, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15169371 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 06 2025 23:46:00 | | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132628 | ^ | MEBN | Feb 06 2025 23:34:06 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15163719 | | Email/Text: BNCnotices@dcmservices.com | Feb 06 2025 23:44:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15164927 | | Email/Text: BNCnotices@dcmservices.com | Feb 06 2025 23:44:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15132626 | + | Email/Text: skorman@uoc.com | Feb 06 2025 23:46:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15409027 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15132591 | ##+ | Credit Control Collect, 2410 Broad Avenue, Altoona, PA 16601-1940 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

Case 19-70614-JAD   Doc 86   Filed 02/08/25   Entered 02/09/25 00:25:03   Desc Imaged
Certificate of Notice   Page 7 of 7

| District/off: 0315-7 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 3180W | Total Noticed: 82 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com

Leon P. Haller
on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Maria Miksich
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com

Michelle L. McGowan
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Suzanne M. Bash
on behalf of Debtor Daniel M. Sollenberger suzannembash@gmail.com sooz1205@yahoo.com

Suzanne M. Bash
on behalf of Joint Debtor Betty A. Sollenberger suzannembash@gmail.com sooz1205@yahoo.com

TOTAL: 10