**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANIEL M. SOLLENBERGER
    BETTY A. SOLLENBERGER
            Debtor(s)

    Ronda J. Winnecour
            Movant
                vs.
    No Repondents.

Case No.:19-70614-JAD

Chapter 13

Related to Doc No.: 77

**DEFAULT O/E JAD**

ORDER OF COURT

   AND NOW, this _____6th_____ day of __February_____, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE            sjk

Jeffery A. Deller

FILED
2/6/25 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70614-JAD |
| Daniel M. Sollenberger | Chapter 13 |
| Betty A. Sollenberger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Sollenberger, Betty A. Sollenberger, 202 Wilderness Lane, Altoona, PA 16601-8571 |
| 15132577 | | Ally Financial, P.O. Box 380901, Pittsburgh, PA 15230 |
| 15132578 | + | Altoona Ophthalmology, 600 E. Pleasant Valley Blvd., Altoona, PA 16602-5530 |
| 15132580 | + | Blair County Anesthesia, 1701 12th Avenue, #G2, Altoona, PA 16601-3100 |
| 15132581 | + | Blair Gastroenterology Associates, 810 Valley Veiw Blvd., Altoona, PA 16602-6342 |
| 15132588 | + | Comenity Capital Bank, Attention Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15132590 | + | Commonwealth of Pennsylvania, Office of Attorney General, Collection's Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15132594 | + | Dental Care Associates, 712 Logan Boulevard, Hollidaysburg, PA 16648-3032 |
| 15132597 | + | ENT Associates of Central PA:, Howells R. Charles MD, FACS, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132596 | + | Ear, Nose and Throat Assoc of Central PA, 3341 Beale Avenue, Altoona, PA 16601-1549 |
| 15132600 | + | Global Credit Collection, 5440 North Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 15132604 | + | Lexington Anestheisa Associates, 620 Howard Avenue, Altoona, PA 16601-4804 |
| 15132609 | | Pathology Associates of Blair County, P.O. Box 380854-0072, Clinton Township, MI 48038 |
| 15132627 | + | UPMC Altoona, 620 Howard Avenue, Altoona, PA 16601-4804 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 06 2025 23:46:36 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 06 2025 23:44:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:46:50 | CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| cr | + | Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry SPV I, LLC, PO Box4252, Greenwich, CT 06831-0405 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 23:47:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: blegal@phfa.org | Feb 06 2025 23:45:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 15161757 | | Email/Text: ally@ebn.phinsolutions.com | Feb 06 2025 23:44:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15132579 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2025 23:45:00 | Barclays Bank Delaware, 100 S. West Street, |

Wilmington, DE 19801-5015

| | | | |
|---|---|---|---|
| 15163156 | Email/Text: bnc-thebureaus@quantum3group.com | Feb 06 2025 23:44:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132624 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 23:47:15 | THD/CBNA, Citicorp Credit Services, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 15164103 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:46:52 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 15132582 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2025 00:13:39 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15139747 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2025 23:46:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15158005 | Email/PDF: bncnotices@becket-lee.com | Feb 06 2025 23:46:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15167829 | + Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132583 | + Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15133666 | + Email/Text: bankruptcy@cavps.com | Feb 06 2025 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15132585 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 23:47:20 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15132586 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 23:45:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132587 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 23:45:00 | Comenity Bank/Value City Furniture, P.O. Box 182273, Columbus, OH 43218-2273 |
| 15132589 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 23:45:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15132592 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 06 2025 23:45:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15132593 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 23:46:35 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15136166 | Email/Text: mrdiscen@discover.com | Feb 06 2025 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132595 | + Email/Text: mrdiscen@discover.com | Feb 06 2025 23:44:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15132598 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 06 2025 23:44:00 | First Savings Bank/Blaze, Attn: Bankruptcy, P.O. Box 5096, Sioux Falls, SD 57117 |
| 15132599 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 06 2025 23:46:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15132601 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 06 2025 23:44:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 15132602 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 06 2025 23:44:00 | HSBC Bank Nevada, NA, PO Box 2013, Buffalo, NY 14240-2013 |
| 15169375 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2025 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15132584 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2025 00:00:55 | Chase Card Services, Attn: Correspondence Department, P.O. Box 15298, Wilmington, DE 19850 |

District/off: 0315-7                              User: auto                              Page 3 of 5

Date Rcvd: Feb 06, 2025                           Form ID: pdf900                         Total Noticed: 80

| | | | |
|---|---|---|---|
| 15145036 | + Email/Text: RASEBN@raslg.com | | |
| | | Feb 06 2025 23:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15132603 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Feb 06 2025 23:44:00 | Kohls/Capital One, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15139148 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 06 2025 23:46:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132605 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 06 2025 23:46:51 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15132606 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 06 2025 23:45:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15160995 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 06 2025 23:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15132607 | + Email/PDF: cbp@omf.com | | |
| | | Feb 07 2025 00:13:34 | One Main, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15132608 | + Email/Text: blegal@phfa.org | | |
| | | Feb 06 2025 23:45:00 | PA Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 15136405 | Email/Text: blegal@phfa.org | | |
| | | Feb 06 2025 23:45:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15132610 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 06 2025 23:47:10 | Portfolio Recovery, 120 Corporate Bovd, Suite 1, Norfolk, VA 23502 |
| 15159594 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 06 2025 23:46:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15169372 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 06 2025 23:46:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15132611 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 06 2025 23:59:23 | Portfolio Recovery (A), 120 Corporate Bovd, Suite 1, Norfolk, VA 23502-4952 |
| 15132612 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 07 2025 00:28:34 | QCard/GEMB, P.O. Box 530905, Atlanta, GA 30353-0905 |
| 15163190 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 06 2025 23:45:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163086 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 06 2025 23:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15132613 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 06 2025 23:46:28 | Resurgent Capital Services LP, PO Box 10497, Greenville, SC 29603-0497 |
| 15132614 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 06 2025 23:46:36 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15132615 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 06 2025 23:47:15 | Sears/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15132616 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 06 2025 23:46:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132617 | + Email/PDF: cbp@omf.com | | |
| | | Feb 07 2025 00:27:58 | Springleaf Financial, P.O. Box 64, Evansville, IN 47701-0064 |
| 15132618 | + Email/Text: BKRMailOPS@weltman.com | | |
| | | Feb 06 2025 23:45:00 | Sterling Jewlers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15132619 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 06 2025 23:46:56 | Synchrony Bank, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15133091 | ^ MEBN | | |
| | | Feb 06 2025 23:33:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0315-7                          User: auto                                   Page 4 of 5

Date Rcvd: Feb 06, 2025                       Form ID: pdf900                              Total Noticed: 80

| 15132620 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|---|---|---|---|
| | | Feb 06 2025 23:46:31 | Synchrony Bank/Amazon, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15132621 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 07 2025 00:28:43 | Synchrony Bank/Lowes, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15132622 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 06 2025 23:46:52 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15169496 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 06 2025 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15132623 | + Email/Text: bncmail@w-legal.com | | |
| | | Feb 06 2025 23:45:00 | Target, c/o Financial & Retail Services, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15132625 | + Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | Feb 06 2025 23:44:00 | The Bureaus, Inc, Attn: Bankruptcy, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 15169371 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 06 2025 23:46:00 | U.S. Bank National Association et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15132628 | ^ MEBN | | |
| | | Feb 06 2025 23:34:04 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15163719 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 06 2025 23:44:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15164927 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 06 2025 23:44:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15132626 | + Email/Text: skorman@uoc.com | | |
| | | Feb 06 2025 23:46:00 | University Orthopedics Center, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15409027 | * | U.S. Bank National Association, et al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15132591 | ##+ | Credit Control Collect, 2410 Broad Avenue, Altoona, PA 16601-1940 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025                Signature:      /s/Gustava Winters

District/off: 0315-7                                 User: auto                                         Page 5 of 5
Date Rcvd: Feb 06, 2025                           Form ID: pdf900                                  Total Noticed: 80

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Truste 2021-NR1 mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Suzanne M. Bash | on behalf of Joint Debtor Betty A. Sollenberger suzannembash@gmail.com  sooz1205@yahoo.com |
| Suzanne M. Bash | on behalf of Debtor Daniel M. Sollenberger suzannembash@gmail.com  sooz1205@yahoo.com |

TOTAL: 10